UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

COLINDRES MORALES
                           Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

21 -CR-   ( )

Defendant <u>Cesar Leonel Colindres-Morales</u>, hereby voluntarily consents to participate in the following proceeding via __X_ videoconferencing or _X__ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer


<u>Cesar Leonel Colindres-Morales by *Susanne Brody*</u>    <u>*Susanne Brody*</u>
Defendant's Signature                                          Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

<u>Cesar Leonel Colindres -Morales</u>        <u>Susanne Brody</u>
Print Defendant's Name                         Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

<u>June 17, 2021</u>                              <u>*Judith C. McCarthy*</u>
Date                                                  U.S. District Judge/U.S. Magistrate Judge