UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                                              :
v.                                                            :     **ORDER**
                                                              :
CESAR LEONEL COLINDRES-MORALES,  :     21 CR 410 (VB)
also known as LEO CESAR MELENDEZ    :
PERALTA, also known as CESAR AGUIRRE, :
                Defendant.                 :
--------------------------------------------------------------x

      The in-person conference scheduled for September 10, 2021, at 11:00 a.m. is adjourned to 3:00 p.m., that same day.

Dated: August 9, 2021
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge