UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

USA,
    Plaintiff(s),

v.

Colindres-Morales
    Defendant(s).
--------------------------------------------------------------x

**CALENDAR NOTICE**

21 CR 410 (VB)

**PLEASE TAKE NOTICE** that the above-captioned case has been ~~scheduled~~/re-scheduled for:

✓ Status conference
___ Telephone conference
___ Pre-motion conference
___ Settlement conference
___ Oral argument
___ Bench ruling on motion

___ Final pretrial conference
___ Jury selection and trial
___ Bench trial
___ Suppression hearing
___ Plea hearing
___ Sentencing

on 9/8, 2021, at 2:30 PM, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. Adjourned from 9-10-21

All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: 8-26-, 2021
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge