UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :          **ORDER**
v.                                          :
                                            :          21 CR 410 (VB)
CESAR LEONEL                                :
COLINDRES-MORALES,                          :
                              Defendant.    :
-----------------------------------------------------------x

1/26/22

At the sentencing hearing on January 26, 2022, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Cesar Leonel Colindres-Morales, USM #36419-509, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: January 26, 2022
       White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge